UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE DESISTE,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>SOLOMON SOBANDE,<br><br>                    Defendant. | 20 Civ. 6947 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **July 24, 2023, at 9:00 a.m.**;

- The parties' Joint Pretrial Order, motions in limine, requests to charge, proposed voir dire questions, and any pretrial memoranda of law will be due **June 23, 2023**;

- Any opposition papers will be due **June 30, 2023**; and

- The final-pretrial conference will be scheduled for **July 11, 2023 at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

          SO ORDERED.

Dated:     October 28, 2022
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge