

April 18, 2023

**VIA ECF AND EMAIL**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re: <u>Desiste v. Sobande; Action No. 20-cv-6947 (KPF)</u>

Dear Judge Failla:

    We are the attorneys for the plaintiff Bruce Desiste ("Plaintiff") in the above-referenced action. We have received a copy of the Court's Scheduling Order [Dkt. #79] entered yesterday rescheduling the final pretrial conference in this matter from June 21, 2023 to June 29, 2023.

    Lead counsel for the Plaintiff will be out of the country from June 22, 2023 through July 7, 2023. We previously informed the Court of Plaintiff's counsel's travel plans in the parties' joint letter to the Court dated December 6, 2022 [Dkt. #77] and in an email dated December 9, 2022 to Law Clerk Abbe Dembowitz.

    We therefore respectfully request that the Court reschedule the final pretrial conference to another date that is convenient to the Court and Defendant's counsel.

    We thank the Court for its attention to this matter.

    Respectfully Submitted,

    REITLER KAILAS & ROSENBLATT LLP
    Attorneys for Plaintiff

    /s/ Brian D. Caplan

    Brian D. Caplan

cc:    All Counsel of Record (via ECF)

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main: 212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main: 609-514-1500

**Los Angeles**
227 Broadway, Suite 302
Santa Monica, CA 90401
Main: 310-337-2305

315161    www.reitlerlaw.com

Application GRANTED. The final pretrial conference currently scheduled for June 29, 2023, is hereby RESCHEDULED to **June 21, 2023, at 5:00 p.m.**, and will proceed via videoconference.

The parties are also ordered to appear in person for a tech walk-through prior to trial on **July 20, 2023, at 4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket number 80.

Dated:     April 20, 2023          SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE